1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  BENJAMIN J. WOLINSKY (CABN 305410)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6996
6      Facsimile: (415) 436-6748
       Benjamin.Wolinsky@usdoj.gov
7
   Attorneys for the United States
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,            ) Case No. 3:22-cv-03100
                                          )
14 |     Petitioner,                      ) [PROPOSED] ORDER TO SHOW CAUSE WHY
                                          ) INTERNAL REVENUE SERVICE SUMMONS
15 |   v.                                 ) SHOULD NOT BE ENFORCED
                                          )
16 | ESTRELLA SILVA,                      )
                                          )
17 |     Respondent.                      )

18     Good cause having been shown by the Petitioner upon its petition (ECF 1) filed in the above-

19 entitled proceeding, it is hereby:

20     ORDERED that Respondent Estrella Silva ("Respondent") appear before this Court on the

21 __25th__ day of ____August____, 2022, at __10:00__ a.m., in Courtroom No. _G_, 15th Floor, United States

22 District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if

23 any, why Respondent should not be compelled to appear and provide documents and testimony as

24 required by the summons heretofore served upon Respondent as alleged and set forth in particular in

25 said petition; and it is further:

26     ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid

27 petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil

28

[PROPOSED] ORDER TO SHOW CAUSE
3:22-CV-03100

                                    1

Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

ORDERED that within twenty-one (21) days before the return date of this Order, Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to make, that the Petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

ORDERED this 3rd day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
THOMAS S. HIXSON

[PROPOSED] ORDER TO SHOW CAUSE
3:22-CV-03100